IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas
ENTERED

NOV 1 8 1997

Michael N. Milby, Clerk of Cou

| | |
|---|---|
| *In re* Luxury Homes, Inc.<br><br>*Debtor*<br><br>Residential Construction Associates Ltd.<br>       Plaintiff, *Movant*<br><br>vs.<br><br>Luxury Homes, Inc., John F. Bunyi, & Phillip W. Terry<br>       Defendants, *Respondents* | Case No. 97-48938-H3-11<br><br><br>Adversary No. 97-4615 |

### ORDER ON RESIDENTIAL CONSTRUCTION ASSOCIATES, LTD. MOTION FOR ABSTENTION UNDER 28 U.S.C 1334(C)(2) AND REMAND UNDER 28 U.S.C. 1452 (b)

CAME on November 4, 1997 to be considered Residential Construction Associates, Ltd.'s Motion for Abstention Under 28 U.S.C. 1334 (c)(2), and for Remand Under 28 U.S.C. 1452 (b). After due consideration, the court is of the opinion that it should be granted. It is therefore:

ORDERED that Residential Construction Associates, Ltd.'s Motion for Abstention Under 28 U.S.C. 1334 (c)(2), and for Remand Under 28 U.S.C. 1452 (b) is granted and that this case is remanded to the 151st Judicial District Court of Harris County Texas. Any other pending motions are denied as moot and deferred to the state court.

SIGNED November 17, 1997

Letitia Z. Clark, Judge
United State Bankruptcy court

-1-

15

-2-

Approved as to form and substance:                     Approved as to form only:

_____                        _____
Donald Michael Stull                                   Craig H. Cavalier
State Bar No. 19445275                                 State Bar No. 04022075
Eikenburg & Stiles                                     Cavalier & Associates
1021 Main Street, Suite 1100                           3555 Timmons Lane, Suite 1450
Houston, Texas 77002                                   Houston, Texas 77027
713-652-2144                                           713-621-4720
713-652-2424 fax                                       713-621-4779 fax
Attorney for Residential Construction                  Attorney for Luxury Homes, Inc.

Approved as to form only

_____
Arron Keiter
State Bar No. 1185500
Keiter & Associates, P.C.
8323 Southwest Freeway
Suite 700
Houston, Texas 77074-1609
713-777-1090
713-777-1097 fax
Attorney for John Bunyi

Approved as to form only:

_____
Eric Fryer
State Bar No. 07495770
P.O. Box 980875
Houston, Texas 77098-0875
713-529-1788
713-529-1887 fax
Attorney for Philip Terry

Approved as to form and substance:  Approved as to form only:

_____  _____
Donald Michael Stull  Craig H. Cavalier
State Bar No. 19445275  State Bar No. 04622075
Eikenburg & Stiles  Cavalier & Associates
1021 Main Street, Suite 1100  3555 Timmons Lane, Suite 1450
Houston, Texas 77002  Houston, Texas 77027
713-652-2144  713-621-4720
713-652-2424 fax  713-621-4779 fax
Attorney for Residential Construction  Attorney for Luxury Homes, Inc.

Approved as to form only

_____
Arron Keiter
State Bar No. 1185500
Keiter & Associates, P.C.
8323 Southwest Freeway
Suite 700
Houston, Texas 77074-1609
713-777-1090
713-777-1097 fax
Attorney for John Bunyi

Approved as to form only:

_____
Eric Fryer
State Bar No. 07495770
P.O. Box 980875
Houston, Texas 77098-0875
713-529-1788
713-529-1887 fax
Attorney for Philip Terry

-2-

Approved as to form and substance:　　　　Approved as to form only:

_____　　　　_____
Donald Michael Stull　　　　　　　　　　　Craig H. Cavalier
State Bar No. 19445275　　　　　　　　　　State Bar No. 04022075
Eikenburg & Stiles　　　　　　　　　　　　Cavalier & Associates
1021 Main Street, Suite 1100　　　　　　　3555 Timmons Lane, Suite 1450
Houston, Texas 77002　　　　　　　　　　　Houston, Texas 77027
713-652-2144　　　　　　　　　　　　　　　713-621-4720
713-652-2424 fax　　　　　　　　　　　　　713-621-4779 fax
Attorney for Residential Construction　　Attorney for Luxury Homes, Inc.

Approved as to form only

*/s/ Aaron Keiter*
_____
Aaron Keiter
State Bar No. 1185500
Keiter & Associates, P.C.
8323 Southwest Freeway
Suite 700
Houston, Texas 77074-1609
713-777-1090
713-777-1097 fax
Attorney for John Bunyi

Approved as to form only:

_____
Eric Fryer
State Bar No. 07495770
P.O. Box 980875
Houston, Texas 77098-0875
713-529-1788
713-529-1887 fax
Attorney for Philip Terry

-2-

Approved as to form and substance:                  Approved as to form only:

Donald Michael Stull                                Craig H. Cavalier
State Bar No. 19445275                              State Bar No. 04022075
Eikenburg & Stiles                                  Cavalier & Associates
1021 Main Street, Suite 1100                        3555 Timmons Lane, Suite 1450
Houston, Texas 77002                                Houston, Texas 77027
713-652-2144                                        713-621-4720
713-652-2424 fax                                    713-621-4779 fax
Attorney for Residential Construction               Attorney for Luxury Homes, Inc.

Approved as to form only


Arron Keiter
State Bar No. 1185500
Keiter & Associates, P.C.
8323 Southwest Freeway
Suite 700
Houston, Texas 77074-1609
713-777-1090
713-777-1097 fax
Attorney for John Bunyi

Approved as to form only:

*[signature]*

Eric Fryer
State Bar No. 07495770
P.O. Box 980875
Houston, Texas 77098-0875
713-529-1788
713-529-1887 fax
Attorney for Philip Terry

-2-